Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY L. PRESSLEY,<br><br>    Defendant. | NO. CR12-318RSL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLIES |

Upon the motion of the Government to file sur-replies in connection with certain of Defendant Larry L. Pressley's pretrial motions, and based upon the reasons set forth in that motion, the Court hereby GRANTS the Government's Motion. The Government's sur-replies to the following motions are due on April 19, 2013: Motion for discovery (docket no. 29); Motion to suppress evidence (docket no. 30); and Motion to suppress identification of firearms (docket no. 31).

IT IS SO ORDERED.

DONE this 23rd day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO FILE SUR-REPLIES - 1
Pressley/No. CR12-318RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970