UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY L. PRESSLEY,<br><br>    Defendant. | Case No. CR12-318-RSL<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release." Dkt. #106. Having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. 3583(e), that early termination of Mr. Pressley's supervised release is warranted by the conduct of Mr. Pressley and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Pressley shall be terminated, effective June 1, 2020. This termination is contingent on Mr. Pressley complying with all conditions of his supervised released through June 1, 2020.

The Clerk of Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

//

//

//

ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 1

1    DATED this 9th day of April, 2020.

2

3

4                                                     _Robert S. Lasnik_
                                                      Robert S. Lasnik
5                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE - 2